1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TREVOR KELLY,

                              Plaintiff,

        v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                              Defendant.

Case No. 3:14-cv-014-5297-RJB-KLS

ORDER AFFIRMING DEFENDANT'S
DECISION TO DENY BENEFITS

        The Court, having reviewed plaintiff's complaint, the Report and Recommendation of

Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and

recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    the Court adopts the Report and Recommendation; and

    (2)    the administrative decision is AFFIRMED.

    DATED this 16th day of November, 2015.

                              _____
                              ROBERT J. BRYAN
                              United States District Judge

ORDER - 1